UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES, For the Use of BIG B CONSTRUCTION, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALBRIDGE OVERAA, a joint venture between WALBRIDGE, ALDINGER COMPANY, a Michigan corporation, and C. OVERAA & CO., a California corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants.<br>_____/ | No. CV13-03198 LB<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court conducted a Case Management Conference on January 16, 2014. Counsel will participate in private mediation at the end of February, 2014. Defendant's counsel stated that he would not be filing a counterclaim.

Further Case Management Conference set for **April 3, 2014** at **11:00 a.m.** Counsel may participate by CourtCall.

**IT IS SO ORDERED**.

Dated: January 16, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV13-03198 LB